UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN TERRELL TAYLOR, | ) | NO. CV 08-6416-JSL(CT) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING |
| | ) | MAGISTRATE JUDGE'S |
| v. | ) | REPORT AND RECOMMENDATION ON |
| | ) | PETITION FOR WRIT OF HABEAS |
| MENDOZA-POWERS, WARDEN, | ) | CORPUS BY A PERSON IN STATE |
| | ) | CUSTODY |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the petition, respondent's answer, and the magistrate judge's report and recommendation.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: _April 15, 2009

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE